No. 3,160.—E. S. SHIELDS, RESPONDENT, *v.* CITY OF BUTTE, APPELLANT.

*Appeal from District Court, Silver Bow County.*

Decided March 20, 1912.

PER CURIAM.—It is ordered that the appeal in the above-entitled cause be, and the same is hereby, dismissed, in accordance with motion of appellant on file herein.

*Messrs. John A. Smith, N. A. Rotering,* and *H. Lowndes Maury,* for Appellant.

---

No. 3,117.—STATE, RESPONDENT, *v.* A. E. WHIPPS, APPELLANT.

*Appeal from District Court, Silver Bow County; Michael Donlan, Judge.*

Decided May 1, 1912.

PER CURIAM.—It is ordered that the above-entitled cause be dismissed in accordance with motion of counsel for appellant.

*Messrs. J. L. Wines,* and *T. J. Harrington,* for Appellant.

*Mr. Albert J. Galen,* Attorney General, for Respondent.